IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROGER GUT,

    Plaintiff,

v.                                      Case No.  20-cv-1111-jdp

CITY OF WAUSAU, ROBERT P.
PFAFF, BENJAMIN J. THUMANN,
BRENT D. OLSON, and JOHN F.
SHEAR,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants City of Wausau, Robert P. Pfaff, Benjamin J. Thurmann, Brent Olson and John F. Shear against plaintiff Roger Gut dismissing this case.

| s/V. Olmo | 3/22/2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |